TIMOTHY J. RYAN AND ASSOCIATES
ATTORNEYS AT LAW
8072 WARNER AVENUE
HUNTINGTON BEACH, CALIFORNIA 92647
TELEPHONE (714) 898-4444
FAX (714) 891-5802

Attorneys for Plaintiffs, Martha Arroyo,
Hector Arroyo, Jr., Tiffany Garcia and
Raymond Rivera, Jr.

# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

MARTHA ARROYO, HECTOR ARROYO, JR., TIFFANY GARCIA, RAYMOND RIVERA, JR., A MINOR, BY AND THROUGH HIS GUARDIAN AD LITEM, RAYMOND RIVERA, SR.,

   Plaintiffs,

v.

UNITED STATES OF AMERICA,

   Defendants.

AND RELATED ACTION

CASE NO.   2:10-cv-01282-MCE-KJM

ORDER FOR APPROVAL OF APPOINTMENT OF GUARDIAN AD LITEM

The Court having read and considered the Petition for Appointment of Guardian ad Litem filed on May 24, 2010, IT IS HEREBY ORDERED THAT:

Raymond Rivera, Sr. is hereby appointed as Guardian Ad Litem for minor, Raymond Rivera, Jr.

Dated: April 14, 2011

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE