1

**TIMOTHY J. RYAN AND ASSOCIATES**
**ATTORNEYS AT LAW**

2
8072 WARNER AVENUE
HUNTINGTON BEACH, CALIFORNIA 92647

3
TELEPHONE (714) 898-4444
FAX (714) 891-5802

4

Attorneys for Plaintiffs, Martha Arroyo,
5
Hector Arroyo, Jr., Tiffany Garcia and
Raymond Rivera, Jr.

6

7

8

9
**UNITED STATES DISTRICT COURT**

10
**FOR THE EASTERN DISTRICT OF CALIFORNIA**

11

12
MARTHA ARROYO, HECTOR            )
ARROYO, JR., TIFFANY GARCIA, )        **CASE NO.  2:10-cv-01282-MCE-CMK**
13
RAYMOND RIVERA, JR., A               )
MINOR, BY AND THROUGH HIS       )
14
GUARDIAN AD LITEM,                      )
RAYMOND RIVERA, SR.,                   )        STIPULATION FOR AN ORDER
15                                                             )        SHORTENING TIME FOR
     Plaintiffs,                                          )        HEARING ON MOTION TO
16                                                             )        APPROVE MINOR'S COMPROMISE;
v.                                                             )        ORDER
17                                                             )
UNITED STATES OF AMERICA,       )
18                                                             )
     Defendants.                                       )
19 ─────────────────────────────     )
20
AND RELATED ACTION                    )
─────────────────────────────     )

21
          Plaintiff, Raymond Rivera, Jr., by and through his Guardian Ad Litem,
22

23
Raymond Rivera, Sr., intends to file a motion seeking court approval of his settlement

24
with the United States. Pursuant to Local Rule 144(e), the parties hereby stipulate and
25

26
agree that, subject to Court approval, the motion for approval of minor's compromise

27
may be heard on shortened time.

28
//

Plaintiffs request that the Court shorten time for the hearing on the motion to **April 21, 2011, at 2:00 p.m.**, or as soon thereafter as the matter may be heard. This request is necessitated by the fact that this action involves three (3) other plaintiffs, and with the hardships that have befallen today's economy, plaintiffs are urgently trying to resolve this matter.

Respectfully submitted,

Dated: April 14, 2011                    LAW OFFICES OF TIMOTHY
                                         J. RYAN& ASSOCIATES

                              By:    /s/
                                     TIMOTHY J. RYAN, ESQ.
                                     Attorney for Plaintiffs


Dated: April 14, 2011                    BENJAMIN B. WAGNER
                                         United States Attorney

                              By:    /s/
                                     LYNN TRINKA ERNCE
                                     Assistant United States Attorney

//

//

ORDER

THE COURT HAVING READ AND CONSIDERED THE STIPULATION, AND GOOD CAUSE APPEARING THEREFORE, IT IS HEREBY ORDERED THAT the hearing on plaintiff Raymond Rivera, Jr.'s motion for approval of a minor's compromise is hereby scheduled for May 5, 2011 at 2:00 p.m. in Courtroom 7 of the above named court. All motion papers must be filed on or before April 22, 2011, and any response to the motion must be filed on or before April 29, 2011.  Both Raymond Rivera, Sr., as Guardian ad Litem for Raymond Rivera, Jr., and his counsel are directed to be personally present.  In the alternative, they make request permission to appear telephonically as specified in the Local Rules.

Dated:  April 19, 2011

MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE