BENJAMIN B. WAGNER
United States Attorney
LYNN TRINKA ERNCE
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone:  (916) 554-2720
Facsimile:  (916) 554-2900

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTHA ARROYO; HECTOR ARROYO, JR; TIFFANY GARCIA; RAYMOND RIVERA, JR., a minor, by and through his Guardian Ad Litem, RAYMOND RIVERA, SR., and STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, <br><br>　　　　Plaintiffs,<br><br>　　　　v.<br><br>UNITED STATES OF AMERICA,<br><br>　　　　Defendant. | Case No.  2:10-cv-01282 MCE CMK<br><br>**STIPULATION FOR COMPROMISE SETTLEMENT AND DISMISSAL BETWEEN STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY AND THE UNITED STATES; ORDER THEREON** |

It is hereby stipulated by and between State Farm Mutual Automobile Insurance Company ("State Farm") and the United States of America ("United States") as follows:

　　　　1.　　State Farm does hereby agree to settle and compromise each and every claim of any kind, whether known or unknown, arising directly or indirectly from the acts or omissions that gave rise to the above-captioned action under the terms and conditions set forth in this Stipulation.

///

///

///

///

SETTLEMENT STIPULATION; ORDER　　　　1

2. The United States agrees to pay to State Farm the sum of $10,900.00, which sum shall be in full settlement and satisfaction of any and all claims, demands, rights, and causes of action of whatsoever kind and nature, arising from, and by reason of any and all known and unknown, foreseen and unforeseen bodily and personal injuries, damage to property and the consequences thereof, resulting, and to result, from the subject matter of this action, including any future claims for wrongful death, for which State Farm and any parent, subsidiary, division, member, affiliated entities, or assigns, and each of them, now have or may hereafter acquire against the United States, its agents, servants, and employees.

3. State Farm and any parent, subsidiary, division, member, affiliated entities, or assigns, and any person or entity acting on behalf of any of the foregoing, agrees to accept the $10,900.00 in full settlement and satisfaction of any and all claims, demands, rights, and causes of action of whatsoever kind and nature, including claims for wrongful death, arising from, and by reason of, any and all known and unknown, foreseen and unforeseen bodily and personal injuries, damage to property and the consequences thereof which they may have or hereafter acquire against the United States, its agents, servants, and employees on account of the same subject matter that gave rise to the above-captioned action, including any future claim or lawsuit of any kind or type whatsoever, whether known or unknown, and whether for compensatory or exemplary damages. State Farm and any parent, subsidiary, division, member, affiliated entities, or assigns, and any person or entity acting on behalf of any of the foregoing, further agree to reimburse, indemnify and hold harmless the United States and its agents, servants and employees from and against any and all causes of action, claims, liens, rights, or subrogated or contribution interests incident to or resulting from further litigation or the prosecution of claims arising from the subject matter of this action against any third party or against the United States, including claims for wrongful death.

4. State Farm expressly waives any rights or benefits available pursuant to Section 1542 of the Civil Code of the State of California, which provides as follows:

> **A general release does not extend to claims which the creditor does not know or suspect to exist in his or her favor at the time of executing the release, which if known by him or her must have materially affected his or her settlement with the debtor.**

SETTLEMENT STIPULATION; ORDER          2

The parties understand and agree that this Stipulation shall act as a release of future claims that may arise from the subject matter of the above-captioned action, whether such claims are currently known, unknown, foreseen or unforeseen.  The parties understand and acknowledge the significance and consequences of the specific waiver of section 1542 and hereby assume full responsibility for any injury, loss, damage or liability that may be incurred hereafter by reason of or related to the subject matter that gave rise to this action.

5.  This Stipulation is not, is in no way intended to be, and should not be construed as, an admission of liability or fault on the part of the United States, its agents, servants, or employees, and it is specifically denied that they are liable to State Farm.  This settlement is entered into by State Farm and the United States for the purpose of compromising disputed claims under the Federal Tort Claims Act and avoiding the expenses and risks of further litigation.

6.  The parties agree that they will each bear their own costs, fees, and expenses; that any attorney's fees owed by State Farm shall not exceed 25% of the settlement amount (28 U.S.C. § 2678) and will be paid out of the settlement amount and not in addition thereto; and that all outstanding or future bills and liens will be the sole responsibility of State Farm.

7.  Payment of the settlement amount from the United States will be made by check drawn on the Treasury of the United States for $10,900.00 and made payable to "Clerkin & Sinclair, LLP in Trust for State Farm Mutual Automobile Insurance Company.  The check will be mailed to State Farm's attorney at the following address.  Clerkin & Sinclair, LLP, 701 B Street, Suite 1160, San Diego, CA 92101.  The law firm's taxpayer ID number is 20-3335151.

8.  The parties agree to execute and deliver such other and further documents as may be required to carry out the terms of this Stipulation.

9.  Each person signing this Stipulation warrants and represents that he or she possesses full authority to bind the person[s] on whose behalf he or she is signing to the terms of the Stipulation.

///

///

///

///

SETTLEMENT STIPULATION; ORDER            3

10. Each person signing this Stipulation warrants and represents that no promises, inducements, or other agreements not expressly contained herein have been made; that this Stipulation contains the entire agreement between the parties; and that the terms of this Stipulation are contractual and not mere recitals.  This Stipulation may not be altered, amended, modified, or otherwise changed in any respect, except by a writing duly executed by the party to be charged. All prior oral understandings, agreements, and writings are superseded by this Stipulation and are of no force or effect.

11. Each person executing this Stipulation represents that he or she has read and understands its contents; that he or she executes this Stipulation voluntarily; that he or she has not been influenced by any person acting on behalf of any party.

12. This Stipulation may be executed in counterparts.  All such counterparts and signature pages, together, shall be deemed to be one document.

13. Upon approval by the Court as provided below, State Farm's action against the United States is hereby DISMISSED WITH PREJUDICE in its entirety and the Clerk of the Court is requested to enter this dismissal and release in the official docket and to close the case.

14. Notwithstanding the entry of a dismissal herein, the parties agree that that the Honorable Morrison C. England, Jr. shall retain jurisdiction to enforce the terms of this compromise settlement.

Respectfully submitted,

DATED:  April 20, 2011          BENJAMIN B. WAGNER
                                United States Attorney

                          By:   /s/ Lynn Trinka Ernce
                                LYNN TRINKA ERNCE
                                Assistant United States Attorney

DATED:  April 20, 2011          CLERKIN & SINCLAIR, LLP

                          By:   /s/ Richard L. Mahfouz, II
                                RICHARD L. MAHFOUZ, II
                                Attorneys for Plaintiff
                                State Farm Mutual Automobile Insurance
                                Company

SETTLEMENT STIPULATION; ORDER          4

| | |
|---|---|
| DATED:  April 20, 2011 | STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY |
| | /s/  Thomas D. Miller |
| | By:  Thomas D. Miller |
| | Its:  Claims Representative |

**ORDER**

**IT IS SO ORDERED.**

DATED:  April 22, 2011

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE