UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTHA ARROYO, HECTOR ARROYO, JR., TIFFANY GARCIA, RAYMOND RIVERA, JR., a minor, by and through his Guardian ad Litem, RAYMOND RIVERA, SR.,<br><br>      Plaintiffs,<br><br>    v.<br><br>UNITED STATES OF AMERICA,<br><br>      Defendant. | No. 2:10-cv-01282-MCE-CMK<br>(Consolidated with<br>No. 2:10-cv-01600-MCE-CMK)<br><br>**ORDER APPROVING COMPROMISE OF DISPUTED CLAIM OF MINOR** |

----oo0oo----

Petitioner Raymond Rivera, Sr., the Guardian ad Litem for three year-old plaintiff, Raymond Rivera, Jr., moves this Court to approve settlement of Raymond's claim against the United States.  The hearing was scheduled for May 5, 2011 on an Order Shortening Time stipulated by the parties.  The United States has filed a statement of non-opposition to the Petition agreeing that the proposed settlement is a fair and just compromise of the minor's claims.  Having reviewed the papers and documentation submitted, the Court grants the instant Petition.

1

1  These claims arose from an automobile accident caused by a
2 United States Department of Justice vehicle.  As a result of the
3 collision, "Raymond was shaken up in the accident and had to be
4 thoroughly evaluated for injuries due to his age.  He was taken
5 to the hospital and seen in the emergency room."  (Pls. Mot. For
6 Approval of Compromise, ECF No. 34, p. 3).  The Petition goes on
7 to state there was no apparent injuries, and that Raymond has
8 since had "no medical problems or complaints stemming from the
9 accident."  Id.
10  Pursuant to California Code of Civil Procedure § 372,
11 settlement of a minor's claim requires judicial approval. "[T]he
12 compromise of a minor's claim is not final or binding until it
13 has been approved by the trial court."  Scruton v. Korean Air
14 Lines Co., 39 Cal. App. 4th 1596, 1603 (1995). Furthermore, if
15 any fees or expenses will be covered by a portion of the
16 settlement amount, the court order approving the settlement must
17 specify the amounts and the recipients.  Cal. Prob. Code §§ 3600,
18 3601.
19  Here, Rivera proposes to settle Raymond's claim against the
20 Government for $5,000.00.  The amount being made payable to
21 Raymond after attorney's fees ($1,250.00) and costs ($354.99)[1] is
22 $3,395.01.
23 ///
24 ///
25 ///

---

[1] All costs of this litigation have been split between the four Plaintiffs.  No medical expenses have reduced Raymond's settlement amount.

1 This amount will be paid in full to his father, Raymond Rivera,
2 Sr., and held in trust for Raymond Rivera, Jr. pending his
3 majority.[2]   The Court finds these proposed settlement terms
4 acceptable and directs Petitioner to execute any and all
5 documents reasonably necessary to execute the agreement explained
6 above.
7      IT IS THEREFORE ORDERED that Raymond Rivera, Sr.'s Petition
8 for Approval of Minor, Raymond Rivera, Jr.'s settlement be, and
9 the same hereby is GRANTED.[3]

Dated: May 3, 2011

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

---

[2] Under California Probate Code §§ 3611(e) and 3401, where the settlement amount is $5,000.00 or less, the proceeds can be paid directly to a parent in trust, pending the minor's majority.

[3] Because oral argument will not be of material assistance, the Court orders this matter submitted on the briefs. E.D. Cal. Local Rule 230(g).